Case 4:09-cv-02569   Document 13-4    Filed in TXSD on 01/11/10   Page 1 of 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD P. WALDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:09-cv-02569 |
| ELI SASSON, EFRAT SASSON, RONEN | § | |
| SASSON, Individually and d/b/a | § | |
| GUSTINE LN CONDOS, and GUSTINE | § | |
| LN CONDOS, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS
### PURUSANT TO RULE 12(b)(2) and (5)

The Court finds that Plaintiff has demonstrated that Defendants Eli Sasson, Efrat

Sasson, Ronen Sasson, Individually and d/b/a Gustine Lane Condos, and Gustine Lane

Condos have been properly served with the summons and complaint in this case pursuant

to Rule 4(e) of the Federal Rules of Civil Procedure.

Therefore, Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) and (5) is

hereby DENIED.

DATE ___Feb 12___ 2010

_____
Judge Vanessa Gilmore
UNITED STATES DISTRICT JUDGE

1